IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL 3 - 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

MAX E. SILVER,

    Plaintiff

v.

MICHAEL J. ASTRUE,[1]
Commissioner of
Social Security

    Defendant.

CIVIL ACTION NO. 1:06-CV-70

JUDGE MAXWELL

## STIPULATION FOR PAYMENT OF ATTORNEY FEES

The parties in the above-captioned action, through counsel, agree and stipulate that the Defendant shall pay to Plaintiff's attorney, Michael Miskowiec, Esquire, the total sum of Two Thousand One Hundred Dollars ($2,100.00) in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, Twenty-Three Dollars and Seventy-Two Cents ($23.72) in expenses and Three Hundred and Fifty Dollars ($350.00) in costs.

Respectfully Submitted,

_____
MICHAEL MISKOWIEC, ESQUIRE
P.O. Box 247
Charleston, West Virginia 25330

COUNSEL FOR PLAINTIFF

SHARON L. POTTER
UNITED STATES ATTORNEY

By: _____
HELEN CAMPBELL ALTMEYER
ASSISTANT UNITED STATES ATTORNEY

COUNSEL FOR DEFENDANT

APPROVED AND SO ORDERED:

_____ J.

July 3, 2007
_____
Date

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007, to succeed Jo Anne B. Barnhart. Under Fed. R. Civ. P. 25(d)(1) and 42 U.S.C. § 405(g), Michael J. Astrue is automatically substituted as the defendant in this action.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20 day of July, 2007, electronically filed the foregoing Government's Stipulation for Payment of Attorney Fees with the Clerk of the Court using the CM/ECF system and mailed a copy to Plaintiff's counsel at the following address:

Michael Miskowiec, Esquire
P.O. Box 2951
Charleston, WV 25330

By: *Helen C. Altmeyer*
HELEN CAMPBELL ALTMEYER
ASSISTANT UNITED STATES ATTORNEY
Office of the United States Attorney
U.S. Courthouse & Post Office Building
1125 Chapline Street, Suite 3000
P.O. Box 591
Wheeling, WV 26003-0011